| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>Court Address:<br>270 South Tejon Street<br>Colorado Springs, CO 80903 | DATE FILED: March 23, 2020 9:56 AM<br>FILING ID: 4303B30CA288E<br>CASE NUMBER: 2020CV30624 |
|---|---|
| Catherine Robertson,<br>Plaintiff<br><br>vs.<br><br>State Farm Mutual Automobile Insurance Company,<br>Defendant | ▲  COURT USE ONLY  ▲ |
| Attorney Name: Douglas P. Price, Esq.<br>HEUSER & HEUSER, LLP<br>625 N. Cascade Avenue, Suite 300<br>Colorado Springs, CO 80903<br><br>Phone No.:   719 520 9909<br>Fax No.:      719 475 1278<br><br>Atty. Reg. #:    13559 | Case No.:<br><br>Div: |
| **COMPLAINT** ||

COMES NOW, the Plaintiff, Catherine Robertson, by and through her attorney, Douglas P. Price, Esq., Heuser & Heuser, LLP, and states the following for her Complaint against the Defendant, State Farm Mutual Automobile Insurance Company, states and alleges as follows:

1. At all times mentioned herein, Plaintiff was a resident of the County of El Paso, State of Colorado.

2. Defendant, State Farm Mutual Automobile Insurance Company, does business through the State of Colorado including El Paso County.

3. On or about June 5, 2017, Plaintiff was the driver of a vehicle traveling West on West Cimarron Street in Colorado Springs, Colorado when she was involved in an automobile collision caused by another motorist. As a result of said collision, Plaintiff sustained multiple bodily injuries.

4. The vehicle involved in the June 5, 2017, accident was owned by, Catherine Robertson, and was insured through a policy of insurance issued by State Farm Automobile Insurance Company (Policy C76 3955-B2806F). As part of the insurance coverage, Plaintiff was entitled to certain "Uninsured Motorist" benefits under said policy.

5. Legacy Insurance Services, who was presented to us as the third-party insurance carrier, is listed as having no coverage and their "insured" was the cause of the subject accident.

6. Plaintiff made a claim for fair value with respect to her uninsured motorist benefits issued by State Farm Automobile Insurance Company, to which State Farm Automobile Insurance Company has not replied to.

7. Plaintiff's insurance policy included uninsured motorist coverage in the amount of $100,000.00 for each person and $300,000.00 for each accident.

8. Defendant State Farm Automobile Insurance Company has knowingly and unreasonably delayed Plaintiff's claim for relief under their policy of Uninsured Motorist coverage.

9. The Defendant acted unreasonably in failing to equitably assess and pay an appropriate sum for Plaintiff's claim for uninsured motorist coverage.

10. The Defendant knew that its conduct was unreasonable and recklessly disregarded the fact that its conduct was unreasonable.

11. In delaying a prompt evaluation, the Plaintiff's claim for uninsured motorist coverage benefits, the Defendant violated the unfair claims settlement practices subdivision of the Unfair Methods of Competition/Unfair or Deceptive Acts or Practices section of the Colorado Insurance Code, C.R.S. § 10-3-1104. Specifically, the Defendant:

    a. Failed to adopt and implement reasonable standards for prompt investigation of claims arising under insurance policies.
    b. Failed to attempt in good faith to effectuate a prompt, fair and equitable settlement of a claim in which liability is clear.
    c. Failed to acknowledge and act reasonably promptly upon communications with respect to claims arising under insurance policies.

12. The Defendant unreasonably failed to assess and pay a reasonable sum for Plaintiff's claim for uninsured motorist coverage benefits.

13. Pursuant to C.R.S. § 10-3-1115 and § 10-3-1116, Plaintiff is entitled to double damages and attorney's fees on account of the Defendant's unreasonable delay of their claim for uninsured motorist coverage benefits.

WHEREFORE, Plaintiff respectfully request this Honorable Court enter judgment in favor of the Plaintiff and against the Defendant with compensation for the following:

    a. Double damages pursuant to C.R.S. § 10-3-1115 and 10-3-1116;

    b. Pain, suffering, and loss of enjoyment of life;

    c. Permanent impairment;

    d. Economic damages including medical bills and lost wages;

    e. Attorney's fees, cost, and interest as provided by law; and

    f. Such other relief as the court deems just under the circumstances.

Signed this 20 day of March, 2020.

    HEUSER & HEUSER, LLP

    Original duly signed and on file at
    Heuser & Heuser, LLP

    /s/ Douglas P. Price
    DOUGLAS P. PRICE, #13559
    Attorneys for Plaintiff

Case No.                                                                 Division

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing **COMPLAINT** was served upon the following parties via Court E-Link on this 23rd day of March, 2020 addressed to the following:

Clerk of District Court                              **VIA E-FILING**
Division

Original duly signed and on file at
Heuser & Heuser, L.L.P.

/s/ Lori Baumert